UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Kang Ming Sun, Lin Zhu, Tong Wei Wu,
Qiu Ming Fan, and Li Sheng Zhang,

        Plaintiffs,

v.

Grand Sichuan NY, Inc., Grand Sichuan 74st, Inc.,
Guang Jun Li, Guang Li Li, and Li Jiang,

        Defendants.

Case No.: 13-cv-8507

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, QIU MING FAN, are hereby dismissed without prejudice in their entirety as against the Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: March 30, 2015
      New York, New York

                                        Lee Litigation Group, PLLC
                                      30 East 39th Street, Second Floor
                                      New York, NY 10016
                                      Phone: (212) 465-1124

                                      _____
                                      Anne Seelig, Esq. (AS 3976)

SO ORDERED:

_____
William H. Pauley, III, U.S.D.J.