```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                         :
KANG MING SUN, *on behalf of himself*
*and others similarly situated*,                         :
                                                         :
                        Plaintiffs,                      :     13cv8507
                                                         :
        -against-                                        :     ORDER
                                                         :
GUANG JUN LI, *et al.*,                                  :
                                                         :
                        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Plaintiffs move for a default judgment pursuant to Fed. R. Civ. P. 55(b)(2) against defendants Grand Sichuan NY, Inc., Guang Jun Li, and Li Guang Li. By a Report and Recommendation ("the Report"), Magistrate Judge Kevin Nathaniel Fox recommended denying the motion because Plaintiffs failed to submit a supporting memorandum of law, as required under Local Civil Rule 7.1(a)(2). No objections to the Report were filed. Accordingly, this Court reviews it for "clear error on the face of the record." Strujan v. Teachers Coll. Columbia Univ., No. 08-Civ-9589, 2010 WL 3466251, at *2 (S.D.N.Y. Sept. 3, 2010) (citing 28 U.S.C. § 636(b)(1)). This Court finds the Report is not facially erroneous and adopts it in full. Plaintiffs' motion for a default judgment is denied.

Dated: October 23, 2015
       New York, New York

                              SO ORDERED:

                              _____ 10/23/15
                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*All Counsel of Record via ECF.*